IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**UNITED MANAGEMENT &**
**DEVELOPMENT ASSOCIATION, INC.**                                        **PLAINTIFF**

v.                              No. 2-10-CV-019 SWW

**CERTAIN UNDERWRITERS AT**
**LLOYD'S LONDON**                                                       **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

United Management & Development Association, Inc., Plaintiff, and the Defendants named herein as Certain Underwriters at Lloyd's London [Certain Underwriters at Lloyd's, London Subscribing to Certificate No. 18414-08], submit their Agreed Order of Dismissal with Prejudice, and from said stipulation and other things, matters and proof before the Court, the Court doth find:

1.  That the Court has jurisdiction of this cause.

2.  That all issues of law and fact have been resolved by and between the parties and that this matter should be and hereby is dismissed with prejudice.

3.  Plaintiff United Management & Development Association, Inc.'s Complaint against Defendants Certain Underwriters at Lloyd's, London [Certain Underwriters at Lloyd's, London Subscribing to Certificate No. 18414-08], are dismissed with prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE SUSAN WEBER WRIGHT
UNITED STATES DISTRICT JUDGE

Date: _April 8, 2010_____

AGREED TO:

*M. Lee Graves* (signature)

Mr. M. Lee Graves
Attorney at Law
P. O. Box 1476
107 Court Street
Clarksdale, MS  38614
        - and –
David Solomon
Attorney at Law
P. O. Box 490
427 Cherry Street
Helena, Arkansas  72342
*Counsel for Plaintiff, United Management &*
*Development Association, Inc.*


*Elizabeth Fletcher* (signature)

ELIZABETH FLETCHER
Huckabay, Munson, Rowlett & Moore, P.A.
Regions Center
400 West Capitol, Suite 1900
Little Rock, Arkansas  72201
Telephone: 501-374-6535
Facsimile: 501-374-5906
*Counsel for Defendants, Certain Underwriters at*
*Lloyd's, London Subscribing to Certificate No. 18414-08*